UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION

| | | |
|---|---|---|
| REGER DEVELOPMENT, LLC an Illinois limited liability company, for itself and all those similarly situated, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | No. 08 cv 6200 |
| NATIONAL CITY BANK, a national banking association, | ) ) ) | Judge Kendall, presiding |
| Defendant. | ) ) | |

## NOTICE OF APPEAL

Notice is hereby given that plaintiff Reger Development, LLC, for itself and those similarly situated, hereby appeals to the United States Court of Appeals for the Seventh Circuit from the June 18, 2009 Order denying plaintiff's Motion for Reconsideration and for Leave to File Amended Complaint, which motion was filed on May 8, 2009 regarding the Judgment entered April 28, 2009 granting defendant's Motion to Dismiss.

REGER DEVELOPMENT, LLC

By:   s/ Peter G. Hallam
         One of its attorneys

Peter G. Hallam (6203859)
Law Office of Peter G. Hallam
2117 Hutchison Road
Flossmoor, IL 60422
(815) 806-8820

## **CERTIFICATE OF SERVICE**

  The undersigned attorney certifies that a copy of the foregoing Notice of Appeal was served on:

  Diane M. Kehl (dkehl@vedderprice.com)
  Chad A. Schiefelbein (cschiefelbein@vedderprice.com)
  Rachel T. Luberda (rluberda@vedderprice.com)
  Vedder Price P.C.
  222 North LaSalle Street, Suite 2600
  Chicago, IL 60601-1003

Via electronic means this 16th Day of July, 2009.

                s/ Peter G. Hallam
                Attorney for Plaintiff